**This order is SIGNED.**

**Dated: March 25, 2021**



JOEL T. MARKER
U.S. Bankruptcy Judge



msc

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 19-22473 |
|---|---|
| DANNY ZURIEL PACHECO and KELLYANN F. PACHECO, | Chapter 7 |
| Debtors. | |
| YAPING LIN *aka* Enya Lin, | |
| Plaintiff, | Adversary Proceeding No. 19-2076 |
| v. | Judge Joel T. Marker |
| DANNY ZURIEL PACHECO, | |
| Defendant. | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

On February 18, 2021, the Defendant filed a Motion to Dismiss Plaintiff's Adversary Complaint (Motion) which was set for hearing on March 25 at 10:00 a.m. Jory L. Trease appeared as counsel for the Defendant, and the Plaintiff appeared *pro se*. For the reasons stated on the record, which are incorporated herein by reference, it is hereby

**ORDERED** that the Motion is DENIED.

_____END OF DOCUMENT_____

_____ooo0ooo_____

## SERVICE LIST

Service of the foregoing **ORDER DENYING DEFENDANT'S MOTION TO DISMISS** will be effected through the Bankruptcy Noticing Center to each party listed below.

Yaping Lin
8203 W. Oraibi Drive, Apt. 2085
Peoria, AZ  85382
    *Pro se Plaintiff*

Jory L. Trease
140 West 2100 South, Suite 212
Salt Lake City, UT  84115
    *Counsel for Defendant*

United States Bankruptcy Court

District of Utah

Lin,
    Plaintiff

Pacheco,
    Defendant

Adv. Proc. No. 19-02076-JTM

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: sjl      Page 1 of 1
Date Rcvd: Mar 25, 2021      Form ID: pdfor1      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

**Recip ID    Recipient Name and Address**
pla      + Yaping Lin, 8203 West Oraibi Drive, Apt. 2085, Peoria, AZ 85382-6600

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

**Name    Email Address**

Jory L. Trease
    on behalf of Defendant Danny Zuriel Pacheco caseinfo@jltlawut.com
    jorytrease@msn.com;janci@jltlawut.com;myecfemail.jtbankruptcy@gmail.com;r47629@notify.bestcase.com

TOTAL: 1