Jory L. Trease (USB#4929)
Janci M. Lawes (USB#10102)
**JLT LAW**
140 West 2100 South, Suite 212
Salt Lake City, UT 84115
jory@jltlawut.com
Telephone (801) 596-9400
*Attorneys for Defendant Danny Pacheco*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re: DANNY ZURIEL PACHECO and KELLYANN FOUATZ PACHECO,** Debtors. | **Bankruptcy No.: 19-22473 JTM (Chapter 7)** |
| **YAPING LIN *a/k/a* ENYA LIN,** Plaintiff, vs. **DANNY ZURIEL PACHECO,** Defendant. | **Adversary Proceeding No. : 19-02076** **Judge: Joel T. Marker** |

## NOTICE OF CONTINUED DEPOSITION OF
## PLAINTIFF, YAPING LIN *a/k/a* ENYA LIN

**COMES NOW** the Debtor/Defendant, Danny Zuriel Pacheco (hereinafter referred to as "Defendant" or "Debtor"), by and through his Attorney of Record, more specifically Jory L. Trease , and pursuant to the Federal Rules of Civil Procedure and all other applicable portions of

the United States Bankruptcy Code and Rules, and does hereby give notice of Deposition to be conducted under Bankruptcy Rule 7030.

**PLEASE TAKE NOTICE,** pursuant to Bankruptcy Rule 7030, of the Federal Rules of Bankruptcy Procedure; and Rule 30, of the Federal Rules of Civil Procedure, that Defendant Danny Zuriel Pacheco will conduct the following deposition of the following person, at the date and times indicated:

1. **Plaintiff: Yaping Lin, *a/k/a* Enya Lin:**

    **Date: June 9, 2021: beginning at 9:00 a.m. (MDT) and continuing thereafter until 6:00 p.m. or otherwise concluded.**

The aforementioned deposition will be taken at the offices of **JLT LAW**, located at 140 West 2100 South, Suite 212, Salt Lake City, UT 84115. Telephone: (801) 596-9400

In compliance with FRCP 30(b), as adopted by Bankruptcy Rule 7030, the following information pertains to the scheduled deposition on Oral Examination:

1. Name and Address of each party deponent:

    Yaping Lin (*a/k/a*: Enya Lin)
    8203 W. Oraibi Drive, Apt. 2085
    Peoria, AZ 85382
    [Notice via email: Yaping47@gmail.com ]

2. Method of recordation: stenographic means by certified Court reporter, and/or via audio recording.

It should be further noted that the presently identified deposition of the Plaintiff has been

previously discussed, agreed upon by the parties; and, rescheduled to accommodate the deponent's travel schedule.

**RESPECTFULLY SUBMITTED AND DATED** this  2nd  day of June, 2021.

                                        /s/ Jory L. Trease
                                        Jory L. Trease
                                        Attorney for Debtor/Defendant
                                        Danny Zuriel Pacheco

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this 2nd day of June, 2021, I caused a true and correct copy of the foregoing **NOTICE OF CONTINUED DEPOSITION OF PLAINTIFF YAPING LIN** was duly served upon the following, by depositing a copy of the same in the United States Postal Service, first-class postage prepaid and addressed as follows, or as otherwise indicated:

>Yaping Lin (*a/k/a*: Enya Lin)
>8203 W. Oraibi Drive, Apt. 2085
>Peoria, AZ 85382
>[Notice via email: Yaping47@gmail.com ]

Designated Language Interpreter [Mandarin]:
>Jane Z. Zhang
>[Notice via email: jane0030031@yahoo.com ]

Certified Court Reporter:
>CitiCourt
>236 South 300 East
>Salt Lake City, UT 84111
>[Notice via email: info@citicourt.com ]

/s/ Jory L. Trease

pacheco-lin.depo.ntc4.wpd
JLT/dm